**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Roberto Salinas and Maria Dominguez, Defendants,

Of Whom Robert Salinas is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2013-001344

─────────────

Appeal From Aiken County
Dale Moore Gable, Family Court Judge

─────────────

Unpublished Opinion No. 2015-UP-292
Submitted May 1, 2015 – Filed June 17, 2015

─────────────

**AFFIRMED**

─────────────

Charles C. Mayers, of Augusta, Georgia, for Appellant.

Amanda F. Whittle, of the South Carolina Department of Social Services, of Aiken, for Respondent.

Amy Shumpert, of Nance, McCants & Massey, of Aiken, for the Guardian ad Litem.

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:  *Simmons v. Simmons*, 392 S.C. 412, 414, 709 S.E.2d 666, 667 (2011) ("In appeals from the family court, [an appellate court] reviews factual and legal issues de novo."); *Lewis v. Lewis*, 392 S.C. 381, 385, 709 S.E.2d 650, 651-52 (2011) (providing an appellate court is not required to ignore the fact that the family court, who saw and heard the witnesses, was in a better position to evaluate their credibility and assign comparative weight to their testimony); S.C. Code Ann. § 63-7-1940(A)(1)(b) (Supp. 2014) (requiring the family court to order an accused's name be entered into the Central Registry of Child Abuse and Neglect when the court finds by a preponderance of evidence the accused sexually abused the victim); S.C. Code Ann. § 63-7-20(19) (2010) (defining "preponderance of evidence" as evidence that is "more convincing as to its truth than the evidence in opposition"); *Satcher v. Satcher*, 351 S.C. 477, 483, 570 S.E.2d 535, 538 (Ct. App. 2002) (holding clear and convincing evidence is more than a mere preponderance of evidence).

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.